LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: leo@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON MATHIS,<br>    Plaintiff,<br>vs.<br>KELLY B. QUINN an individual, PHONG Q. HO, an individual, DOE CORRECTIONAL OFFICERS 1 – 5, individuals,<br>    Defendants. | Case. No.: 2:20-cv-02171-GMN-VCF<br><br>**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Plaintiff JASON MATHIS, by and through his attorney of record, Leo S. Wolpert, of the law firm McLetchie Law, hereby requests that Alina M. Shell be removed from the list of counsel to be notified. Ms. Shell is no longer with the law firm McLetchie Law.

DATED this 22nd day of September, 2021.

/s/ Leo S. Wolpert
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: leo@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
            9-23-2021
DATED _____

1