MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Efile@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MATHIS, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>KELLY B. QUINN an individual, PHONG Q. HO, an individual, DOE CORRECTIONAL OFFICERS 1 – 5, individuals,<br><br>　　Defendants. | Case. No.: 2:20-cv-02171-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Jason Mathis and Defendants Kelly B. Quinn and Phong Q. Ho, by and through their respective legal counsel (collectively the "Parties") hereby stipulate to the following:

1.　On August 17, 2023, Plaintiff filed his Motion for Leave to File a First Amended Complaint. (ECF No. 49);

2.　On August 31, 2023, Defendants filed their Partial Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint. (ECF No. 50);

3.　The deadline for Plaintiffs' Reply in Support of his Motion for Leave to File a First Amended Complaint is currently September 7, 2023;

4.　Due to various competing deadlines, Counsel for Plaintiff has not had sufficient time to review Defendants' Opposition and supporting exhibits in order to adequately prepare a Reply, and therefore, is unable to meet the September 7, 2023, deadline;

5.　The Parties have met and conferred and agree that the deadline for Plaintiff

1  to file his Reply shall be extended by one (1) day;

2        6.    Accordingly, the deadline for Plaintiff's Reply in Support of Plaintiff's Motion for Leave to File a First Amended Complaint shall be rescheduled from September 7, 2023, to September 8, 2023;

5        7.    This is the Parties' first request for an extension of this deadline.

6        8.    The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 5th day of September 2023.

**MCLETCHIE LAW**

By: */s/ Pieter M. O'Leary*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Pieter M. O'Leary, Esq.
    Nevada Bar No. 15297
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiffs*

Dated this 5th day of September 2023.

**OFFICE OF THE ATTORNEY GENERAL**

By: */s/ Victoria C. Corey*
    Leo T. Hendges, Esq.
    Nevada Bar No. 16034
    Victoria C. Corey, Esq.
    Nevada Bar No. 16364C
    Office of the Attorney General
    555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
    *Attorneys for Defendants*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-6-2023