MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Efile@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MATHIS, an individual, | Case. No.: 2:20-cv-02171-CDS-MDC |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |
| JACOB HOLGUIN, an individual; SAM QADERI, an individual; INGRID TRASCAN, an individual; CAREN QUIBA, an individual and DOE CORRECTIONAL OFFICER 5, | |
| Defendants. | |

Plaintiff, by and through his attorneys of record, McLetchie Law, hereby requests that counsel Pieter M. O'Leary (Nevada Bar Number 15297) be removed from the list of counsel to be notified. Mr. O'Leary will end his employment with McLetchie Law as of the close of business on Friday, May 3, 2024.

DATED this 30th of April, 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/17/24

*/s/ Pieter M. O'Leary*
MARGARET A. MCLETCHIE, NBN 10931
PIETER M. O'LEARY, NBN 15297
LEO S. WOLPERT, NBN 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Efile@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

1