MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Efile@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MATHIS, an individual,<br><br>Plaintiff<br><br>vs.<br><br>JACOB HOLGUIN, an individual; SAM QADERI, an individual; INGRID TRASCAN, an individual; CAREN QUIBA, an individual and DOE CORRECTIONAL OFFICER 5,<br><br>Defendants | Case. No.: 2:20-cv-02171-CDS-~~VCF~~ MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 67] |

Plaintiff Jason Mathis and Defendants Jacob Holguin, Ingrid Trascan, Sam Qaderi, and Caren Quiba, by and through their respective legal counsel (collectively the "Parties") hereby stipulate to the following:

1. On August 5, 2024, Defendants moved for summary judgment. (ECF No. 66);

2. The deadline for Plaintiff's Response in Opposition to the Motion for Summary Judgment is currently August 26, 2024;

3. Due to various competing deadlines and family emergencies, Counsel for Plaintiff has not had sufficient time to review Defendants' Motion for Summary Judgment and supporting exhibits in order to adequately prepare a Response, and therefore, is unable to meet the August 26, 2024, deadline;

4. Specifically, Pieter O'Leary, who was heavily involved in litigating this matter, left McLetchie Law in May 2024, increasing the workload for remaining attorneys

1 and staff.

2     5.    Furthermore, Ms. McLetchie's mother passed away on July 29, 2024,
3 requiring Ms. McLetchie to devote substantial time away from legal work to plan and host
4 her memorial, wind up her affairs, and deal with her estate.

5     6.    Finally, Ms. McLetchie and Mr. Wolpert will be traveling out of the
6 jurisdiction with limited access to the Internet between August 24, 2024, through September
7 2, 2024.

8     7.    The Parties have met and conferred and agree that the deadline for Plaintiff
9 to file his Reply shall be extended by thirty (30) days;

10     8.    Accordingly, the deadline for Plaintiff's ~~Reply in Support of Plaintiff's~~
11 ~~Motion for Leave to File a First Amended Complaint~~ shall be rescheduled from August 26,
12 2024, to September 25, 2024;

13     9.    This is the Parties' first request for an extension of this deadline.

14     10.    The Parties both submit that the instant stipulation is being offered in good
15 faith and not for the purpose of delay.

17 **IT IS SO STIPULATED.**

19 Dated this 23rd day of August, 2024.      Dated this 23rd day of August, 2024.

20 **MCLETCHIE LAW**      **OFFICE OF THE ATTORNEY GENERAL**

22 By: */s/ Leo S. Wolpert*      By: */s/ Victoria C. Corey*
23     Margaret A. McLetchie, Esq.      Leo T. Hendges, Esq.
    Nevada Bar No. 10931      Nevada Bar No. 16034
24     Leo S. Wolpert, Esq.      Victoria C. Corey, Esq.
    Nevada Bar No. 12658      Nevada Bar No. 16364
25     602 South 10th Street      Office of the Attorney General
26     Las Vegas, Nevada 89101      1 State of Nevada Way
    *Attorneys for Plaintiffs*      Suite 100
27           Las Vegas, Nevada 89119
28           *Attorneys for Defendants Jacob Holguin, Ingrid Trascan, Sam Qaderi, and Caren Quiba*

**ORDER**

Based on the parties' stipulation, the deadline for plaintiff's response in opposition to the motion for summary judgment is extended to September 25, 2024. The reply is now due on October 2, 2024.

Dated: August 26, 2024

_____
UNITED STATES DISTRICT JUDGE