MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Efile@nvlitigation.com
*Counsel for Plaintiff Jason Mathis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MATHIS, an individual,<br><br>Plaintiff<br><br>vs.<br><br>JACOB HOLGUIN, an individual; SAM QADERI, an individual; INGRID TRASCAN, an individual; CAREN QUIBA, an individual and DOE CORRECTIONAL OFFICER 5,<br><br>Defendants | Case. No.: 2:20-cv-02171-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br>**(SECOND REQUEST)**<br><br>[ECF No. 69] |

Plaintiff Jason Mathis and Defendants Jacob Holguin, Ingrid Trascan, Sam Qaderi, and Caren Quiba, by and through their respective legal counsel (collectively the "Parties") hereby stipulate to the following:

1. On August 5, 2024, Defendants moved for summary judgment. (ECF No. 66);

2. The deadline for Plaintiff's Response in Opposition to the Motion for Summary Judgment is currently September 25, 2024. (*See* ECF No. 68);

3. Although Counsel for Plaintiff has reviewed Defendants' Motion for Summary Judgment and supporting exhibits and has begun drafting a Response, due to various competing deadlines and family emergencies, Counsel for Plaintiff has not had sufficient time to complete the Response, and therefore, is unable to meet the September 25, 2024, deadline;

4. As previously noted, Ms. McLetchie's mother passed away on July 29,

1  2024, requiring Ms. McLetchie to devote substantial time away from legal work to plan and
2  host her memorial, wind up her affairs, and deal with her estate;

3  5. Ms. McLetchie and Mr. Wolpert were required to travel outside of the
4  jurisdiction between September 19, 2024, and September 22, 2024, to plan and attend Ms.
5  McLetchie's memorial service;

6  6. The Parties have met and conferred and agree that the deadline for Plaintiff
7  to file his Response in Opposition to Defendants' Motion for Summary Judgment shall be
8  extended by seven (7) days;

9  7. Accordingly, the deadline for Plaintiff's Response in Opposition to
10 Defendants' Motion for Summary Judgment shall be rescheduled from September 25, 2024,
11 to October 2, 2024; the deadline for Defendants' Reply shall be rescheduled from October 2,
12 2024 to October 9, 2024;

13 8. This is the Parties' second request for an extension of this deadline;

14 9. The Parties both submit that the instant stipulation is being offered in good
15 faith and not for the purpose of delay.

17 **IT IS SO STIPULATED.**

19 Dated this 24th day of September, 2024.    Dated this 24th day of September, 2024.

20 **MCLETCHIE LAW**                          **OFFICE OF THE ATTORNEY GENERAL**

22 By: */s/ Leo S. Wolpert*                   By: */s/ Leo T. Hendges*
23    Margaret A. McLetchie, Esq.                Leo T. Hendges, Esq.
      Nevada Bar No. 10931                       Nevada Bar No. 16034
24    Leo S. Wolpert, Esq.                       Victoria C. Corey, Esq.
      Nevada Bar No. 12658                       Nevada Bar No. 16364
25    602 South 10th Street                      Office of the Attorney General
26    Las Vegas, Nevada 89101                    1 State of Nevada Way
      *Attorneys for Plaintiffs*                 Suite 100
27                                               Las Vegas, Nevada 89119
                                                 *Attorneys for Defendants*
28

2

**ORDER**

Based on the parties' stipulation, the deadline for plaintiff's response in opposition to the motion for summary judgment is extended to October 2, 2024. The reply is now due on October 9, 2024.

Dated: September 25, 2024

_____
UNITED STATES DISTRICT JUDGE