```
AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov
        vcorey@ag.nv.gov
```

*Attorneys for Defendants*
*Jacob Holguin, Ingrid Trascan,*
*Sam Qaderi, and Caren Quiba*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON MATHIS, | Case No. 2:20-cv-02171-CDS-MDC |
| Plaintiff | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| JACOB HOLGUIN, an individual; SAM QADERI, an individual; INGRID TRASCAN, an individual; CAREN QUIBA, an individual and DOE CORRECTIONAL OFFICER 5, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Leo T. Hendges, Senior Deputy Attorney General, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jason Mathis, by and through counsel, Margaret A. McLetchie, and Leo S. Wolpert, of McLetchie Law, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 16th day of December 2024.   DATED this 16th day of December 2024.
AARON D. FORD
Attorney General

*/s/ Leo S. Wolpert*   */s/ Victoris C. Corey*
Margaret A. McLetchie, (Bar No. 10931)   Victoria C. Corey, (Bar No. 16364)
Leo S. Wolpert (Bar No. 12658)   Leo T. Hendges, (Bar No. 16034)
*Attorneys for Plaintiff*   *Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: December 18, 2024

_____
UNITED STATES DISTRICT JUDGE